IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : |
| JAMIE RAY-LEONETTI | : 1: 18-MI-305 |
| | : |

O R D E R

WHEREAS, on March 19, 2018 the Supreme Court of Pennsylvania ordered that Jamie Ray-Leonetti be suspended from the practice of law for a period of one year and one day;

IT IS HEREBY ORDERED, pursuant to Middle District of Pennsylvania Local Rule 83.21.2, that Jamie Ray-Leonetti inform the court within thirty (30) days of the date of this Order of any claim she wishes to present that the imposition of identical discipline by this court would be unwarranted; and

IT IS ALSO ORDERED THAT the Clerk of Court forward by registered or certified mail both a copy of this Order and a copy of the March 19, 2018 Order of the Supreme Court of Pennsylvania to Jamie Ray-Leonetti at the address she most recently registered with the Clerk.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

Dated: May 23, 2018