IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE                                       :
JAMIE RAY-LEONETTI        :     1: 18-MI-305
                                            :

<u>O R D E R</u>

WHEREAS, on March 19, 2018 the Supreme Court of Pennsylvania ordered that Jamie Ray-Leonetti be suspended from the practice of law for a period of one year and one day; and

WHEREAS, on May 23, 2018 this court ordered Jamie Ray-Leonetti to inform the court within thirty (30) days of any claim she wished to present that the imposition of identical discipline would be unwarranted; and

WHEREAS, the time for filing a response has passed without any claim being presented;

IT IS HEREBY ORDERED THAT Jamie Ray-Leonetti is suspended from the Bar of the United States District Court for the Middle District of Pennsylvania for a period of one year and one day.

s/ C<span style="font-variant:small-caps">hristopher</span> C. C<span style="font-variant:small-caps">onner</span><br>
Christopher C. Conner, Chief Judge<br>
United States District Court<br>
Middle District of Pennsylvania

DATE: June 28, 2018